**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

**NO. 4:20-CV-44(D)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MARSHA BENITA POWELL, )<br>Defendant. ) | **CONSENT ORDER FOR<br>ENTRY OF JUDGMENT** |

The United States of America, Plaintiff, by and through the United States Attorney for the Eastern District of North Carolina, and Marsha Benita Powell, Defendant, pro se, hereby stipulate and agree to entry of judgment in this action.

On March 5, 2020, Plaintiff filed a Complaint in this action. [D.E. 1]. On March 20, 2020, Defendant filed an Answer, in which she admitted to all allegations made by Plaintiff. [D.E. 5]. All parties hereby agree to entry of judgment in this action.

IT IS ORDERED that judgment is entered in favor of the Plaintiff against the Defendant in the amount of $25,596.00 with judgment interest to be set at the current judgment rate.

The Clerk of United States District Court is DIRECTED to prepare and enter judgment in this case as Ordered above.

This the __18__ day of __May__, 2020.

_____
JAMES C. DEVER III
United States District Judge

CONSENTED TO:

1

Plaintiff

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Asia J. Prince
ASIA J. PRINCE
Attorney for Plaintiff
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
Email: Asia.Prince@usdoj.gov
N.C. Bar #48019

Defendant

I hereby agree to entry of judgment against me based upon the terms listed in this Consent Order for Entry of Judgment.

_____
MARSHA BENITA POWELL, *pro se*

Date: April 26, 2020

2