UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 4:20-CV-44-D** |
| ) | |
| MARSHA BENITA POWELL, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of the Plaintiff against the Defendant in the amount of $25,596.00 with judgment interest to be set at the current judgment rate.

**This Judgment Filed and Entered on May 29, 2020, and Copies To:**

| | |
|---|---|
| Asia J. Prince | (via CM/ECF electronic notification) |
| Marsha Benita Powell | (Sent to 703 Tower Hill Road Kinston, NC 28501 via US Mail) |

DATE:  PETER A. MOORE, JR., CLERK
May 29, 2020  (By) /s/ Nicole Sellers
  Deputy Clerk